# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# NORFOLK DIVISION

In re:    MARVIN ENGLISH                                                                 Chapter 13
                                                                                 Case No.: 16-72512-FJS

Debtor

### ORDER OF DISMISSAL

UPON consideration of the Motion for Dismissal filed by the Chapter 13 Trustee; upon service of said Motion by means of first-class mail, postage prepaid upon the Debtor and counsel for the Debtor; upon agreement of counsel and for good cause shown, it is

**ADJUDGED, ORDERED** and **DECREED** that this case be, and it hereby is, **DISMISSED**.

**Date Entered:** Oct 15 2018

/s/ Frank J. Santoro          Oct 13 2018
_____
**Judge**

Warren A. Uthe, Jr. Esq.
VSB No. 45116
Counsel for
Michael P. Cotter
Chapter 13 Standing Trustee
870 Greenbrier Circle, Suite 402
Chesapeake, VA 23320
(757) 961-3000

I ASK FOR THIS:

/s/ Warren A. Uthe, Jr., Esq.
_____

Warren A. Uthe, Jr. Esq.
Counsel for
Michael P. Cotter
Chapter 13 Standing Trustee
870 Greenbrier Circle, Suite 402
Chesapeake, VA 23320
(757) 961-3000

AGREED:

/s/ KENNETH E. GOOLSBY
_____

Kenneth E. Goolsby
Alliance Legal Group
133 Mount Pleasant Road
Chesapeake, VA, 23322
(757) 482-5705

Warren A. Uthe, Jr. Esq.
VSB No. 45116
Counsel for
Michael P. Cotter
Chapter 13 Standing Trustee
870 Greenbrier Circle, Suite 402
Chesapeake, VA 23320
(757) 961-3000

**LOCAL RULE 9022-1(C) CERTIFICATION**

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1 (C).

/s/ Warren A. Uthe, Jr., Esq.
_____

Warren A. Uthe, Jr. Esq.
Counsel for
Michael P. Cotter
Chapter 13 Standing Trustee

Parties to receive copies:

MARVIN ENGLISH
204 FILLMORE PLACE
CHESAPEAKE, VA 23325

KENNETH E. GOOLSBY
ALLIANCE LEGAL GROUP
133 MOUNT PLEASANT ROAD
CHESAPEAKE, VA 23322

Warren A. Uthe, Jr. Esq.
VSB No. 45116
Counsel for
Michael P. Cotter
Chapter 13 Standing Trustee
870 Greenbrier Circle, Suite 402
Chesapeake, VA 23320
(757) 961-3000